## STATE *v.* DOWNS.

An indictment, charging that the respondent attempted to set fire to an out-building adjoining a dwelling-house, is not supported by evidence that the building was near to but not in contact with the dwelling-house.

INDICTMENT, charging that the respondent attempted to set fire to an out-building adjoining a dwelling-house. The evidence was, that the out-building did not touch the house; that the space between them at the base was four inches; that the house was higher than the out-building, and the roof of the house extended over it, leaving a space of about three feet between its top and the under side of the roof of the house. The respondent's objection that

there was a variance was *pro forma* overruled. Verdict guilty, and motion in arrest of judgment.

*Cogswell* and *Stone,* for the respondent.

*Rogers,* solicitor, for the state.

STANLEY, J. The motion for the discharge of the respondent should have been granted. There was a variance between the indictment and the proof. The out-building did not adjoin the dwelling-house. "Adjoining" is a synonym for "adjacent to," "contiguous." It was not adjacent to or contiguous, that is, in contact with the house. *Arkell* v. *Ins. Co.,* 69 N. Y. 192; *Rex* v. *Hodges,* 1 Moo. & M. 341; *Peverelly* v. *People,* 3 Park. 59; 2 Russ. Cr. 557–561.

The statute upon which this indictment was found specifies three distinct offences, although the punishment is the same in all of them. They are,—first, burning a dwelling-house; second, burning any out-building adjoining a dwelling-house; third, burning any building whereby a dwelling-house shall be burned. The words an out-building adjoining a dwelling-house are words of description, and must be proved. A conviction under this indictment, upon the evidence received, would be no bar to an indictment for attempting to set fire to an out-building whereby a dwelling-house might be burned, and the evidence received in this case would support such a charge.

*Judgment arrested.*

BINGHAM, J., did not sit : the others concurred.